IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30854
Summary Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

                    versus

RICHARD BOTTINI,

                              Defendant-Appellant.

_____

Appeal from the United States District Court for
the Western District of Louisiana
(95-CV-1716)
_____

September 24, 1998

Before REAVLEY, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Appellant Richard Bottini appeals a civil judgment assessing statutory penalties against him under the False Claims Act, 31 U.S.C. § 3729.  After reviewing the record and briefs, we are of the opinion that the district court committed no errors of law, and that its findings of fact as set for in its Amended Opinion are not clearly erroneous.  Accordingly, the judgment is

    AFFIRMED.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.